PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

| | DOCKET NUMBER *(Transferring Court)* |
|---|---|
| | CR-23-01079-001-TUC-SHR (BGM) |
| | DOCKET NUMBER *(Receiving.Court)* |
| | 2:24-cr-00185-RFB-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT District of Arizona | DIVISION 4: Tucson |
|---|---|---|
| Daryl Wayne Galtney | NAME OF SENTENCING JUDGE Scott H. Rash U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/24/2024 | TO 6/23/2027 |

OFFENSE
Title 8, U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), Transportation of Illegal Aliens for Profit, a Class C Felony offense

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Galtney was raised and born in Las Vegas, with no ties to AZ. Client's wife and all his family reside in Las Vegas.

___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON

AUG 13 2024

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY
AMMi

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Daryl Wayne Galtney, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 6/28/2024 | |
|---|---|
| Date | Scott H. Rash U.S. District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 8/15/2024 | |
|---|---|
| Effective Date | United States District Judge |