Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**November 27, 2024**

Name of Offender: **Daryl Wayne Galtney**

Case Number:  **2:24CR00185**

Name of Sentencing Judicial Officer: **Honorable Scott H Rash**

Date of Original Sentence: **October 26, 2023**

Original Offense: **Transportation of Illegal Aliens for Profit**

Original Sentence: **14 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **June 24, 2024**

Date Jurisdiction Transferred to District of Nevada: **August 15, 2024**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

2. **Cognitive Behavioral Treatment** – You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

RE: Daryl Wayne Galtney

Prob12B
D/NV Form
Rev. June 2014

## CAUSE

On October 26, 2023, Mr. Galtney was sentenced to 14 months imprisonment, followed by 3 years of supervised release for committing the offense of Transportation of Illegal Aliens for Profit in the District of Arizona. On June 24, 2024, he commenced supervision in the District of Nevada. On August 15, 2024, Your Honor accepted jurisdiction of Mr. Galtney's case. It should be noted, he was not sentenced with any treatment-related special conditions of supervision.

Unfortunately, Mr. Galtney is no stranger to the federal criminal justice system. On August 20, 2013, he was sentenced to 63 months imprisonment, followed by 36 months of supervised release for committing the offenses of Possession of a Stolen Firearm and Aiding and Abetting and Theft from a Federal Firearms Licensee and Aiding and Abetting in the District of Nevada. On February 13, 2019, Mr. Galtney's supervision was revoked to 6 months imprisonment, followed by 30 months of supervised release. On January 18, 2022, his supervision expired.

Following Mr. Galtney's most current release, he was very cordial with the undersigned officer. He expressed wanting to put his criminal history behind him and focus on providing for his family. Mr. Galtney has obtained full-time employment. Currently, he resides with his wife and children. On October 16, 2024, Mr. Galtney provided a diluted sample during urinalysis at TOMO Drug Testing. TOMO Staff instructed him to provide another sample, but he failed to do so. The following day, on October 17, 2024, the undersigned officer directed him to report to the probation office for a drug test. Mr. Galtney reported, as instructed, and tested positive for cocaine during urinalysis. He denied using any illicit substances.

On October 22, 2024, Mr. Galtney would once again test positive for cocaine at TOMO Drug testing. On October 23, 2024, the undersigned officer contacted him via telephone. Mr. Galtney continued to deny any drug use. Both samples were later confirmed positive for cocaine at the national laboratory.

On November 8, 2024, Mr. Galtney reported to the probation office. He was informed of the results from the national laboratory for his positive urinalysis tests. Mr. Galtney was adamant he has not used cocaine. The undersigned officer discussed the various services the probation office can offer him, while under supervision. Mr. Galtney was receptive to the conversation. According to him, he has previously completed substance abuse treatment. The undersigned officer explained cognitive behavioral treatment. Mr. Galtney appeared interested in this programming compared to substance abuse services. Due to his denial, the undersigned officer believes he could benefit from cognitive behavioral programming as well. Mr. Galtney agrees to the proposed modification as evidenced by his signature on the attached waiver. He understood the undersigned officer's concerns with his positive tests and believes both services should be offered to him, so he may regain compliance with his supervision.

Should Your Honor desire an alternative course of action, please contact the undersigned officer at zachary_warner@nvp.uscourts.gov or 702-378-0704.

RE: Daryl Wayne Galtney

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,


Digitally signed by Zack Warner
Date: 2024.11.27 10:38:45 -08'00'

Zachary Warner
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2024.11.27 10:37:33 -08'00'

Steve M Goldner
Supervisory United States Probation Officer

## THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☐   The modification of conditions as noted above

X   Other (please include Judicial Officer instructions below):

The Court wishes this matter set for hearing.

---

Signature of Judicial Officer

12/2/2024

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Cognitive Behavioral Treatment** – You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

2. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Witness _____
U.S. Probation Officer

Signed _____
Probationer or Supervised Releasee

11/8/24
Date